# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING** |
| | ) | **MOTION TO DISMISS** |
| vs. | ) | |
| | ) | |
| Loc Bao Tran, | ) | |
| | ) | Case No. 4:13-mj-121 |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and the Government's motion to dismiss filed January 9, 2014 (Docket No. 3), the Complaint against Defendant Loc Bao Tran is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated this 10th day of January, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court